AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>RYAN L. HERMAN<br>*Defendant* | )<br>)<br>)  Case No.  2:09-mj-18<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __2/13/09__ in the county of __Ramsey__ in the _____ District of __North Dakota__, the defendant violated __18__ U. S. C. § __751(a)__, an offense described as follows:

Escape

This criminal complaint is based on these facts:

See attached Affidavit.

Continued on the attached sheet.

*Complainant's signature*

Robert H. Wood Jr, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  February 18, 2009

*Judge's signature*

City and state:  Grand Forks, North Dakota         Alice R. Senechal, Magistrate Judge
*Printed name and title*

I, Robert H. Wood Jr, being duly sworn state the following:

1. I am a Deputy U.S. Marshal with the United States Marshals Service (USMS), currently assigned to the Grand Forks sub-office of the District of North Dakota.

2. I am the USMS case agent in the investigation of Ryan L. Herman (Registration Number 09667-059), for the offense of Escape, a violation of Title 18, United States Code, Section 751(a), which occurred in Devils Lake, Ramsey County, North Dakota, on February 13, 2009.

3. This affidavit is made in support of the criminal complaint in this case.

4. On August 30, 2007, Ryan L. Herman was sentenced by the Honorable Rodney S. Webb, United States District Judge, District of North Dakota, to a term of 30 months in the custody of the Federal Bureau of Prisons for the offense of Assault with Intent to Commit any Felony, a violation of Title 18, United States Code, Sections 113(a)(2), 1153 and 2.

5. Under the terms of his incarceration, Herman was released from FCI Herlong, in Herlong, California, on February 10, 2009, at 2:45 PM and ordered to report to the Lake Region Law Enforcement Center in Devils Lake, North Dakota, no later than 11:59 PM on February 12, 2009, in continuation of his sentence.

6. On February 13, 2009, the United States Marshals Service was notified by the Federal Bureau of Prisons that Herman failed to report to the Lake Region Law Enforcement Center and had been placed on escape status. Deputy U.S. Marshal James Stout then contacted personnel from the Lake Region Law Enforcement Center, who confirmed that Herman failed to report and that he had not contacted the facility.

7. Based on the foregoing evidence, there is probable cause to believe that Ryan L. Herman committed the offense of Escape, a violation of Title 18, United States Code, Section 751(a), as charged in the Complaint.

Dated this 18th day of February 2009.

_____
ROBERT H. WOOD JR.
Deputy U.S. Marshal

STATE OF NORTH DAKOTA  )
                       ) ss
COUNTY OF Grand Forks  )

The foregoing instrument was acknowledged to before me this 18th day of February 2009, by Robert H. Wood Jr., Deputy U.S. Marshal.

_____

2